M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2014 MAR 12 P 12: 02
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

__Bobby Barrett_____ )
Full name and prison name of )
Plaintiff(s) )
 )
v. )  CIVIL ACTION NO. 2:14-CV-166-MEF-SRW
 )  (To be supplied by Clerk of U.S. District
__Micheal Woods_____ )  Court)
__Mack Pete_____ )
_____ )
_____ )
_____ )
_____ )
Name of person(s) who violated your )
constitutional rights. (List the names )
of all the person.) )

I.  PREVIOUS LAWSUITS

   A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☑  No ☐

   B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?   YES ☐    NO ☐

   C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

       1.  Parties to this previous lawsuit:

           Plaintiff(s) __Bobby Barrett_____

           Defendant(s) ~~Mack Pete~~, Micheal Woods, Matt Peek

       2.  Court (if federal court, name the district; if state court, name the county)

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending ?) __Never Recieved ANY Paper Work__

6. Approximate date of filing lawsuit __Within 2 years__

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT __Ventress Correctional Facility Po Box 767 Clayton Al 36016__

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED __Cherokeet County Jail__

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | ~~Mack Pete~~ Matt Peek | Cherokeete County Jail |
| 2. | Micheal Woods | Cherokeete County Jail |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _____

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: __Cruel and Unusual Punishment__

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

The Information that Mr Barrett Was to Recieve From the Magistra Judge went to the Wrong Address It went to his X-Girlfriend's House. Bobby Barrett lives at 1122 County Road 241 in which he Never Recieved any Fowarding Information. Mr Barrett and Mrs Melissa Bray has No Ties!

GROUND TWO: _____

SUPPORTING FACTS: Mr Barrett's Case Consisted of Officers ~~Mack Pete and~~ Officer Micheal Woods and Matt Peek Y Used excessive Force Tazing Mr Barrett while Hand Cuff Multiple times until Blisters Came on his Body

GROUND THREE: _____

SUPPORTING FACTS: _____

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Defendant Seeks his Civil Action Number, and would like to know if the Magistrate Judge can Honor the Defendant an Extension so he could pursue his claim

*Bobby Barnett*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   3/10/14
              (Date)

*Bobby Barnett*
Signature of plaintiff(s)

**STATE OF ALABAMA**
Department of Corrections
Inmate Stationary

Magistrate Judge

Mr Barrets 1983 Form was Filed in a Timely Fashon to the Best of his ability, within the 2 Year Time Boundaries Mr Barrett Complaint is with out Counsel, filling his Complaint Pro-se and Pray. this Honorable Court Find Faver For This Mishap

( I hereby Certify that all information is Correct to the Best of My Ability. )

Respectfully Submitted

Bobby Barrett

ADD: Repeatedly Tazed
Estate of Davis by Ostenfeld V. Delo 115 F.3d. 1388 (8th Cir. 1997)

# Notice of Appeal

Notice is hereby given that Bobby Barret hereby appeal to the United States Court of Appeals For the 11th Circuit From an Order entered in this Action on the 3 Day of 10 2014

Date 3/10/14

Bobby Barrett
Ventress Correctional Facility
PO BOX 767
Clayton Al 36016

MEGAN BURNS 282367 DORM F
8966 US HWY 231 N.
WETUMPKA, AL 36092

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ONE CHURCH STREET, SUITE B-110
MONTGOMERY, AL 36104-4018

MONTGOMERY AL 360
11 MAR 2014 PM 2 L

3610440180i